<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-98-00444-CV








Options Trading Group, Inc.; Currency Trading International, Inc.; Ronald Allan,



Ltd.; Jeffrey Allan Moore; Christian Jay Weber; Rick Kincaid; James R. Kelsall;




Ross Erskine; Keith Allen Elsesser; Todd A. Carnahan; Michael Angelo Lingo;




Vladimir Mihaljcic; Craig Allan Cunningham; Brian Ronald Moore; Robert




Shane Jones; Anthony L. Petry; Caesar A. Torres; Tommy Rich; Davie




R. Mankin, II; Joseph H. Levels; Michael T. Gallagher; and




Anthony M. Rocco, Appellants






v.






State of Texas, Appellee











FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 98-08160, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING










PER CURIAM




Appellants attempt an accelerated appeal from a temporary injunction in favor of
the State of Texas. See Tex. R. App. P. 28.1. Because appellants have failed to file a brief, we
will dismiss this appeal for want of prosecution.



Appellants filed a notice of appeal on August 7, 1998. Although the clerk's record
in this cause was received late, the Clerk of this Court filed it on October 15, 1998. See Tex. R.
App. P. 37.2. Appellants' brief was due to be filed in this Court on November 4, 1998. See Tex.
R. App. P. 38.(a)(1). As of December 14, 1998, appellants had not tendered either a brief or a
motion for extension of time within which to file a brief. See Tex. R. App. P. 38.6(d). By letter
dated December 14, 1998, the Clerk of this Court notified appellants that unless appellants
provided a reasonable explanation for the failure to file a brief by December 28, 1998, the appeal
would be dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1). All parties have
received ten days notice of the proposed dismissal; this Court has received no response. See Tex.
R. App. P. 42.3. Accordingly, we dismiss the appeal for want of prosecution. See Tex. R. App.
P. 42.3(b).





Before Chief Justice Aboussie, Justices Kidd and Patterson



Dismissed for Want of Prosecution



Filed: January 28, 1999



Do Not Publish


</BODY>
</HTML>